| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 8:01-291-02 |
| RECEIVED 2005 NOV 21 P 12:01 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA | | DOCKET NUMBER *(Rec. Court)* 2:05CR277-F CR MISC NO. 962 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lowell G. Martin<br>215 N. Pine Ridge Drive<br>Troy, AL 36081 | South Carolina | Anderson |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable G. Ross Anderson, Jr. | |
| | DATES OF SUPERVISED RELEASE: | FROM February 6, 2004 — TO February 5, 2008 |

**OFFENSE**

Possession with Intent to Distribute Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/4/05  _Date_                                              _/s/ G. Ross Anderson, Jr._  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1 Nov 2005  _Effective Date_                             _/s/_  United States District Judge

(Form Revised in WP80 by D/SC - 9/97)