PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lowell G. Martin     Case Number: 2:05CR277-MEF

Name of Sentencing Judicial Officer: The Honorable G. Ross Anderson, Jr., U.S. District Judge, District of South Carolina. On November 1, 2005, jurisdiction accepted by The Honorable Mark E. Fuller, Chief U S. District Judge, Middle District of Alabama.

Date of Original Sentence: February 12, 2002

Original Offense: Possession with Intent to Distribute Cocaine

Original Sentence: 37 months custody to be followed by 4 years of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: February 6, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[x]   To modify the conditions of supervision as follows:

> **You shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether you have reverted to the use of drugs. You shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.**
>
> **You shall submit to a search of your person, residence, office or vehicle pursuant to the search policy of this court.**

## CAUSE

On June 14, 2007, Lowell Martin provided a urine sample that tested presumptive positive for the presence of marijuana. Martin admitted that he used marijuana on several occasions due to feeling very stressed about receiving his masters degree in college and not being able to find employment. He was reprimanded about his actions and the frequency of urine collections was increased.

The probation officer believes that a modification for drug treatment along with the added search condition is appropriate to address the current violation and will be the last alternative sanction to use in lieu of seeking revocation of the offender's term of supervised release. Martin has agreed to the modification and signed Probation Form 49 waiving his right to assistance of counsel and to a hearing.

PROB 12B
(7/93)

                                                   Respectfully submitted,

                           by    /s/ David A. Conoly
                                   David A. Conoly
                                   U.S. Probation Officer
                                   Date: August 15, 2007

Reviewed and approved:   /s/ David Ron Thweatt
                             David Ron Thweatt
                             Supervisory U.S. Probation Officer

===

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

                                                              Signature of Judicial Officer

                                                       16 August 2007
                                                              Date

2